AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

**FILED**

**AUG 15 2008**

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Akeem Qur-an Aziz
_____
Plaintiff

V.

Michael E. Deloy Et Al,
_____
Defendant(s)

# APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: _____

I, Akeem Aziz _____ declare that I am the (check appropriate box)

Petitioner/Plaintiff/Movant     • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915,   I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?     •(Yes)   • •No   (If "No" go to Question 2)

If "YES" state the place of your incarceration  D C C _____

**Inmate Identification Number (Required):**  S BI  428461 _____

Are you employed at the institution?  NO  Do you receive any payment from the institution?  No

_Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions_

2.   Are you currently employed?   • •Yes   (• •No)

a.   If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your  employer.

b.   If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.   In the past 12 twelve months have you received any money from any of the following sources?



a.   Business, profession or other self-employment     • •(Yes)   • • No
b.   Rent payments, interest or dividends     • • Yes   (• •No)
c.   Pensions, annuities or life insurance payments     • • Yes   (• •No)
d.   Disability or workers compensation payments     • •Yes   (• •No)
e.   Gifts or inheritances     (• •Yes)   • •No
f.   Any other sources     • •Yes   (• •No)

If the answer to any of the above is "YES" describe each source of money and state the amount received _AND_ what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?   •• Yes     •• No

    If "Yes" state the total amount  $  0

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
    valuable property?
     •• Yes     •• No

    If "Yes" describe the property and state its value.

    Two story dewelling on or about Sussex County
    Scaford DE 19973

6.  List the persons who are dependent on you for support, state your relationship to each person and
    indicate how much you contribute to their support, OR state NONE if applicable.

    Spouse   Jamesinc  Aziz

    I declare under penalty of perjury that the above information is true and correct.

    8/1/08                          _____
    DATE                            SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

0 ? -   5 2 2



FILED
AUG 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

**TO:**  _Akeem Q Azir_  SBI#: _428461_

**FROM:**  *Stacy Shane, Support Services Secretary*

**RE:**  **6 Months Account Statement**

**DATE:**  _8/5/08_

*Attached are copies of your inmate account statement for the months of* _____ *to* _____.

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| Feb | |
| March | |
| Apr | |
| MAY | |
| June | .00 |
| July | 84.19 |

*Average daily balances/6 months:* _$ 58.00_

Attachments
CC:  File
Mercedes Vallen
8/5/08

Carol Powell
8/5/08