(Rev. 5/05)

## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

(1) Akeem Aziz    428461
(Name of Plaintiff)    (Inmate Number)

Delaware Correctional Center
1181 Paddock Rd
Smyrna DE, 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Michael E. Deloy (Warden)
(2) Chaplian Lilly
(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

FILED
AUG 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

08 - 522
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

Jury Trial Requested  yes

1. **PREVIOUS LAWSUITS**

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   NONE

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  • •Yes  • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  • •Yes  • •No

C. If your answer to "B" is <u>Yes</u>:

   1. What steps did you take? File Grievances Form #584 5/31 - 6/2 ¢ 6/6/08

   2. What was the result? Excessive delay Non-Grievable

D. If your answer to "B" is <u>No</u>, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Micheal E. Deloy
Employed as Wardon at S.C.I
Mailing address with zip code: P.O. Box 500
Georgetown DE, 19947

(2) Name of second defendant: Chaplian Lilly
Employed as Chaplin at S.C.I
Mailing address with zip code: P.O. Box 500
Georgetown DE, 19947

(3) Name of third defendant: _____
Employed as _____ at _____
Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Defendants promulgate and exercise DOC Policy which denies pretrial inmates right to exercise their Religious beliefs. Said policies and practices deny Plaintiff Equal Treatment. To wit: Defendants offer Christian Services to pretrial inmates. Conversely, No Muslim services for pretrial. Consequently, the better treatment of one Religious belief while Restricting another serves no compelling government interest. Furthermore, to allow convicted inmates the right to exercise there Religious beliefs while restricting pretrial inmates (unconvicted inmates) not only offends ones 1st Amendment Right but ones 14th Amendment to Due Process. Should a condemned man enjoy more Religious exercise than a non condemned man? Especially when both are detained by the same entity of government and on the same plot of soil.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Find Defendants in wanton and deliberate violation of Plaintiffs constitutional Rights, award him monetary damages of $200/day and direct an order directing him to CEASE his actions and adopt policy that affords Equality for Expression of ones religious beliefs.

1. _____
_____
_____
_____
_____

3. _____
_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 2_____.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)



I/M Akeem Aziz
SBI# 428461  UNIT B Annex B-3L
JAMES T. VAUGHIN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk U.S. District Court
Lock Box 18
844 N. King Street
Wilmington, DE
19801